THE CITY OF BUFFALO, Respondent, v. GEORGE A. TILL, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, upon the ground that the motion is not made in time.

In the Matter of the Application of G. HERBERT PARDEE, Appellant, v. WALLACE W. RAYFIELD, as District Superintendent, etc., and Others, Respondents.— Motion to amend decision so as to show that the order was affirmed as a matter of law and not in the exercise of any discretion, granted. Motion for leave to appeal to Court of Appeals granted. [See 192 App. Div. 5.]

ALFRED UNIVERSITY, Respondent, v. WILLIAM G. FRACE and Others, Impleaded, etc., Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

FRANK B. HODGES and Others, as Trustees in Bankruptcy, etc., Respondents, v. BANK OF PHILADELPHIA, Appellant.— Motion for leave to appeal to Court of Appeals granted.

BANK OF NORTH COLLINS, Respondent, v. ANDREW COCCA, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal by November 2, 1920.

GEORGE AUSTIN, Respondent, v. ROCHESTER FOLDING BOX COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs on appeal and pay to respondent's attorneys ten dollars by November 2, 1920, and be ready to argue the appeal at the opening of the November term.

BESSIE L. LOOMIS, as Administratrix, etc., of TAYLOR P. LOOMIS, Deceased, Respondent, v. THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

AMERICAN CLAY AND CEMENT CORPORATION, Appellant, v. JAMES W. MOON, Sheriff of Herkimer County, Respondent.— Judgment and order affirmed, with costs. All concur.

WILLIAM S. BAUMAN, Appellant, v. PAULINE WAGNER and Another, Respondents.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the decision of this court in this case, reported at 146 Appellate Division, 191, passed upon every question presented on this appeal and established the law of the case, and necessitates a reversal of the judgment appealed from. Settle order before Hubbs, J., on two days' notice, at which time proposals as to findings to be reversed may be submitted. All concur, Clark, J., taking no part.

GLEN VAUGHN, an Infant, by OLIVE VAUGHN, His Guardian ad Litem, Respondent, v. J. NEWTON MILLS, Appellant.— Judgment affirmed, with costs. All concur.

ALFRED RATHS, as Administrator, etc., of MARTHA RATHS, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ALLEN R. LE ROY, as Ancillary Administrator, etc., of MILLARD F. LE ROY, Deceased, Appellant, v. LINCOLN A. MINK and Others, Respondents.— Judgments and order affirmed, with costs. All concur.